Paul PRIDE *v.* STATE of Arkansas

742 S.W.2d 114

Supreme Court of Arkansas
Opinion delivered January 19, 1988

*Robert F. Morehead*, for appellant.

No objection.

PER CURIAM. Appellant, Paul Pride, by his attorney, has filed for a rule on the clerk. His attorney, Robert J. Morehead, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.